IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

v.                                              No. 4:12CV **509 KGB**

ALVIN WEINTRAUB

## CONSENT JUDGMENT

This matter coming on before the Court at this time, the Court being informed in the premises and it appearing that the parties agree and consent to a judgment as set forth herein, and the defendant, Alvin Weintraub, having consented to the terms of this Order and having waived any defenses and the formal service of further process in this action, it is hereby

ORDERED, ADJUDGED, AND DECREED as follows:

1. Judgment is entered for the plaintiff in the amount of $17,678.30.

2. Execution of the Judgment shall be stayed on the condition that the defendant shall satisfy this Judgment by making full payment in the amount of $17,678.30, on or before August 31, 2012. All checks or money orders are to be made payable to U.S. District Court Clerk, 600 W. Capitol, Room 402, Little Rock, Arkansas 72201.

3. If the defendant does not comply with paragraph 2 above, the defendant shall submit to the plaintiff for review on at least an annual basis a statement of his financial condition, and such information shall be grounds to increase payments of the Defendant to the Plaintiff at that time.

4. The Judgment shall be filed with the county clerk of the county of residence of the defendant and any other jurisdiction where the plaintiff deems appropriate.

5. In the event the defendant defaults in the payment of any installment due under this order, upon application by the plaintiff after notice to the defendant, an execution shall be issued by the

Clerk for the full amount of the indebtedness certified to be due and outstanding.

6. Notice to the defendant pursuant to Paragraph 5 above shall be deemed due and sufficient notice if sent by first class mail, postage prepaid to the defendant, Alvin Weintraub, 13809 Fern Valley Lane, Little Rock, Arkansas 72211, at least ten (10) days prior to the issuance of such execution.

CONSENTED TO:

CHRISTOPHER R. THYER
UNITED STATES ATTORNEY

_/s/ Linda B. Lipe_            8-14-12
LINDA B. LIPE                        Date
ASSISTANT U.S. ATTORNEY

_/s/_                                 Date
ALVIN WEINTRAUB
DEFENDANT

_/s/ Jack Lassiter_             8-14-12
JACK LASSITER                     Date
ATTORNEY FOR DEFENDANT

APPROVED:

_Kristine G. Baker_          8-16-12
UNITED STATES ~~MAGISTRATE JUDGE~~    Date
       DISTRICT COURT JUDGE